UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                           Case No.  8:05-cr-453-T-30MSS

**PETER BONFIGLIO**

_____

## ORDER

This cause came on for consideration upon the filing of Defendant's Emergency Motion to Require Marshal's Service to Transport Defendant to a Psychological Care Facility (Dkt. 27). Counsel for Defendant requests that Defendant be transferred from Orient Road Jail to a psychiatric hospital facility in the local area due to Defendant's suicide threats. The Court notes that Defendant has previously been placed on suicide watch for the duration of one day, has previously attempted suicide as recently as July 2005 and has made repeated threats of suicide to his counsel.

In consideration of the above, Defendant's Emergency Motion (Dkt. 27) is **GRANTED IN PART** as follows. The Court **ORDERS** that Defendant be immediately placed on suicide watch for an indefinite period of time until a qualified psychiatrist evaluates Defendant and opines that Defendant is no longer suicidal and such report is filed with the Court. The Court further **ORDERS** that Defendant be immediately provided with all currently prescribed medications unless discontinued

by a physician. It should be noted that Defendant is set to appear before this Court on **November 8, 2005, at 3:00 p.m.** for a change of plea hearing.

**DONE** and **ORDERED** in Tampa, Florida on this 31st day of October, 2005.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Peter Bonfiglio