UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-CR-453-T-30MSS

PETER BONFIGLIO

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, and for the reason that the defendant named above has been involuntarily committed to the custody of the State of Florida, the United States hereby dismisses the information pending against defendant PETER BONFIGLIO without prejudice to its re-filing.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: *s/ Jay L. Hoffer*
JAY L. HOFFER
Assistant United States Attorney
Florida Bar Number 0910708
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6318
Facsimile: (813) 274-6178
E-mail: Jay.Hoffer@usdoj.gov

## ORDER

Leave of Court is granted for the filing of the foregoing dismissal of the information pending against the defendant PETER BONFIGLIO without prejudice to its later re-filing.

JAMES S. MOODY. JR.
UNITED STATES DISTRICT JUDGE

Dated: December 2, 2005

U.S. v. Peter Bonfiglio                                   8:05-CR-453-T-30MSS

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Maria Guzman
Assistant Federal Public Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602

*s/ Jay L. Hoffer*
JAY L. HOFFER
Assistant United States Attorney
Florida Bar No. 0910708
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:   (813) 274-6318
Facsimile:   (813) 274-6178
E-mail:      Jay.Hoffer@usdoj.gov